UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:17-CIV-80496-MARRA/MATTHEWMAN

| | |
|---|---|
| OFFICE OF THE ATTORNEY GENERAL, THE STATE OF FLORIDA, Department of Legal Affairs, <br><br> and <br><br> OFFICE OF FINANCIAL REGULATION, THE STATE OF FLORIDA, Division of Consumer Finance, <br><br>      Plaintiffs, <br><br> v. <br><br> OCWEN FINANCIAL CORPORATION, a Florida corporation; OCWEN MORTGAGE SERVICING, INC., a U.S. Virgin Islands corporation; and OCWEN LOAN SERVICING, LLC, a Delaware limited liability company, <br><br>      Defendants. | |

**SECOND STIPULATION AND JOINT MOTION FOR EXTENSION OF TIME
TO FILE MOTION TO COMPEL PRODUCTION OF DOCUMENTS
AND RESPONSES TO INTERROGATORIES**

Plaintiffs, Office of the Attorney General, the State of Florida, Department of Legal Affairs ("Attorney General" or "OAG"), and the Office of Financial Regulation, the State of Florida, Division of Consumer Finance ("OFR") (collectively, "Plaintiffs") and Defendants, Ocwen Financial Corporation, Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC (collectively, "Defendants" or "Ocwen") (Plaintiffs and Defendants together, the "Parties"), by and through their respective undersigned counsel and pursuant to Rule 34 of the Federal

Rules of Civil Procedure and Rule 26.1 of the Local Rules of the United States District Court for the Southern District of Florida, sign this stipulation and jointly file this Second Motion for Extension of Time to File Motion to Compel Production of Documents and Responses to Interrogatories, and demonstrate good cause for the requested extension. The parties agree that the additional time requested may provide the opportunity to the parties to resolve the still-pending discovery issues between them, potentially obviating the need for the filing of motions to compel, and court intervention. Grounds for the motion are as follows:

**Defendants' Third Requests for Production of Documents and First Set of Interrogatories**

1. Defendants served Defendants' Third Requests for Production of Documents ("Third RFPs") and Defendants' First Set of Interrogatories ("First Interrogatories") on Plaintiffs on August 31, 2018.

2. By agreement of the parties, Plaintiffs served Plaintiffs' Responses and Objections to Defendants' Third RFPs on October 19, 2018; OAG served its Answers and Objections to Defendants' First Interrogatories on October 19, 2018; and OFR served its Answers to Defendants' First Interrogatories on October 26, 2018.

3. As required by the Court's August 10, 2017 Order Setting Discovery Procedure (DE 28) and pursuant to Local Rule 7.1(a)(3), counsel for the parties have conferred, and continue to confer, in a concerted, good faith effort to resolve by agreement issues to be raised in any motion to compel relating to the discovery.

**The First Stipulation and Joint Motion for Extension to Time to File Motion to Compel**

4. On November 16, 2018, the Parties filed a Joint Motion for Extension of Time to File Motion to Compel Production of Documents and Responses to Interrogatories. [DE 111.]

5. On November 16, 2018, the Court entered its Paperless Order granting the Motion and setting a deadline of December 19, 2018 for Defendants to file any motion to compel pertaining to Plaintiffs' Responses to Defendants' First Interrogatories and Defendants' Third Requests for Production. [DE 112.]

**The Parties' Continuing Conferral and Progress in Resolving Discovery Issues**

6. The parties have continued to confer about discovery, including by written correspondence, a telephone call on November 13, 2018, and through subsequent written correspondence. However, additional time to confer is required as the parties continue to try to work through the remaining issues.

7. The parties agree that, particularly due to intervening travel schedules and, given year-end demands and the upcoming Christmas and New Year holidays, additional time is required to work through the issues that remain.

8. The parties in good faith believe that the opportunity to further confer about remaining issues is likely to eliminate or further limit any issues to be presented to the Court by motion for consideration and ruling, and so the parties have agreed to request an extension of time ending seven (7) days from any party's declaration of impasse.

9. The case is set for trial on the Court's two-week calendar commencing July 20, 2020. The fact discovery cutoff is March 1, 2019.

10. Accordingly, the extensions will not disrupt the pretrial deadlines.

WHEREFORE, Plaintiffs and Defendants jointly agree and respectfully request that the court extend the deadline to file motions to compel relating to Defendants' First Interrogatories and Third RFPs ending seven (7) days from any party's declaration of impasse.

Dated:  December 18, 2018

| Stipulated and respectfully submitted, | Stipulated and respectfully submitted, |
|---|---|
| By: /s/ *Jennifer Hayes Pinder* <br> **Office of the Attorney General** <br> **The State of Florida** <br> **Department of Legal Affairs** <br> Jennifer Hayes Pinder <br> Senior Assistant Attorney General <br> Fla. Bar No.: 17325 <br> Jennifer.Pinder@myfloridalegal.com <br><br> Victoria Butler <br> Director, Consumer Protection Division <br> Fla. Bar No.: 861250 <br> Victoria.Butler@myfloridalegal.com <br><br> Sasha Funk Granai <br> Assistant Attorney General <br> Fla. Bar No.: 96648 <br> Sasha.Granai@myfloridalegal.com <br><br> 3507 East Frontage Road, Suite 325 <br> Tampa, FL 33607 <br> Tel.:  813.287.7950 <br><br> By: /s/ *Scott R. Fransen* <br> **Office of Financial Regulation** <br> **The State of Florida** <br> **Division of Consumer Finance** <br> Scott R. Fransen <br> Assistant General Counsel <br> Fla. Bar No.: 0994571 <br> Scott.Fransen@flofr.com <br> 1313 N. Tampa St., Suite 615 <br> Tampa, FL 33602 <br> Tel.:  813.218.5364 <br><br> Miriam S. Wilkinson <br> Chief Counsel | By: /s/ *Bridget Ann Berry* <br> Bridget Ann Berry <br> Andrew S. Wein <br> **Greenberg Traurig, P.A** <br> 777 South Flagler Drive, Suite 300 East <br> West Palm Beach, FL 33401 <br> Tel.:  561.650.7900 <br> berryb@gtlaw.com <br> weina@gtlaw.com <br><br> Thomas M. Hefferon (*pro hac vice*) <br> Sabrina M. Rose-Smith (*pro hac vice*) <br> **Goodwin Procter LLP** <br> 901 New York Ave., NW <br> Washington, DC 20001 <br> Tel.:  202.346.4000 <br> thefferon@goodwinlaw.com <br> srosesmith@goodwinlaw.com <br><br> Laura A. Stoll (*pro hac vice*) <br> **Goodwin Procter LLP** <br> 601 S. Figueroa Street <br> Los Angeles, CA 90017 <br> Tel.:  213.426.2500 <br> lstoll@goodwinlaw.com <br><br> Catalina E. Azuero (Fla. Bar No. 821411) <br> **Goodwin Procter LLP** <br> 100 Northern Avenue <br> Boston, MA 02210 <br> Tel.:  617.570.1000 <br> cazuero@goodwinlaw.com <br><br> *Attorneys for Defendants Ocwen Financial Corp., Ocwen Mortgage Servicing, Inc., and Ocwen Loan Servicing, LLC* |

Fla. Bar No.: 972101
Miriam.Wilkinson@flofr.com

Anthony Cammarata
General Counsel
Fla. Bar No.: 767492
Anthony.Cammarata@flofr.com

The Fletcher Building
200 E. Gaines Street
Tallahassee, FL 32399
Tel.:  850.410.9601

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing was served on December 18, 2018, on all counsel or parties of record via CM/ECF.

                                                            /s/ *Bridget Ann Berry*
                                                            Bridget Ann Berry